# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Anthony Carosello,<br><br>Defendant. | 4:24-po-5159-JTJ<br><br>**ORDER** |

Upon the motion to appear remotely and with good cause shown, IT IS HEREBY ORDERED that the Defendant may appear remotely at the initial appearance on December 5, 2024. The Deputy Clerk of Court will provide to the defendant the instructions to appear remotely.

DATED this 4th day of December, 2024.

_/s/ John Johnston_
John Johnston
United States Magistrate Judge